IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
OCT 23 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

LEON BARFIELD

Case No. 2:19mj559
Court Date: December 17, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 7500582

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 24, 2019, at Naval Support Activity Hampton Roads, Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, LEON BARFIELD, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

### COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 24, 2019, at Naval Support Activity Hampton Roads, Portsmouth, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, LEON BARFIELD, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

FILED

OCT 23 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

22 October 2019
Date

2